# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 19-mc-13417
The premises known as 4 Franklin )
Court, New Orleans, Louisiana )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Eastern__ District of __Louisiana__
*(identify the person or describe the property to be searched and give its location):*

SEE ATTACHMENT A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

SEE ATTACHMENT B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __November 20, 2019__
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
__Magistrate Duty Judge__.
*(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☑ for __30__ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 11-6-19, 4:40 PM     [signature]
                                           *Judge's signature*

City and state: New Orleans, Louisiana     Honorable Karen Wells Roby, Chief U.S. Magistrate Judge
                                           *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 19-mc-13417 | Date and time warrant executed: 11/7/2019 @ 9:45 AM | Copy of warrant and inventory left with: Left in residence |
| Inventory made in the presence of: SSA Anthony Calagna | | |
| Inventory of the property taken and name of any person(s) seized: | | |

See attached.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: December 17, 2019
Subscribed, sworn to, and returned before me this 17th day of December, 2019.

*Janis van Meerveld*
Janis van Meerveld, U.S. Magistrate Judge

*Jrd B Miller*
Executing officer's signature

Jared B Miller, Special Agent
Printed name and title

## Property Seized from 4 Franklin Court

AMMUNITION - ASSORTED, QTY: 13, MNF: ASSORTED, CAL: 40

AMMUNITION - ASSORTED, QTY: 4, MNF: ASSORTED, CAL: 38

FIREARM: HANDGUN, MNF: CHARTER ARMS, TYPE: REVOLVER, MODEL: UNDERCOVER, CAL: 38, SN: 766604

FIREARM: HANDGUN, MNF: BERETTA USA CORP, TYPE: PISTOL, MODEL: 950 BS, CAL: 25, SN: BR46488V

AMMUNITION - ASSORTED, QTY: 5, MNF: ASSORTED, CAL: MULTI

AMMUNITION - ASSORTED, QTY: 46, MNF: ASSORTED, CAL: 223

AMMUNITION - ASSORTED, QTY: 694, MNF: ASSORTED, CAL: MULTI

FIREARM: SAWED OFF RIFLE/SHOTGUN (Short Barrel), MNF: UNK, TYPE: RIFLE, MODEL: UNK, CAL: 223, SN: NONE

FIREARM: RIFLE, MNF: PLUMCRAZY FIREARMS, TYPE: RIFLE, MODEL: C15, CAL: 556, SN: RM17088

AMMUNITION, QTY: 150, MNF: HORNADY, CAL: 223

FIREARM: HANDGUN, MNF: SMITH & WESSON, TYPE: REVOLVER, MODEL: 642 AIRWEIGHT, CAL: 38, SN: CEA5703

FIREARM: HANDGUN, MNF: SMITH & WESSON, TYPE: PISTOL, MODEL: SD40, CAL: 40, SN: NONE, OBLITERATED: YES

AMMUNITION - ASSORTED, QTY: 30, MNF: ASSORTED, CAL: 223

AMMUNITION - ASSORTED, QTY: 5, MNF: ASSORTED, CAL: 38

AMMUNITION, QTY: 7, MNF: WINCHESTER-WESTERN, CAL: 25

DRUG: HEROIN, QTY: 3.3, MEA: GRAMS, SUSPECTED HEROIN PACKAGED IN ALUMINUM FOIL, 1 IN TOTAL

- DRUG: OTHER NARCOTICS, QTY: 1, MEA: GRAMS, SYRINGE CONTAINING AN UNKNOWN LIQUID
- BLACK IN COLOR BLACKHAWK CQC HOLSTER
- COBRA MICROTALK RUGGED WALKIE TALKIE, FCC: 2AHJMCXTEDE, IC: 21854-2155A
- FIREARM PARTS AND ACCESSORIES, TWO MFT SCPM556 MAGAZINES
- TWO UNIDEN WALKIE TALKIES SERIAL NUMBERS: 90012954 AND 90012949
- BLACK IN COLOR WALLET CONTAINING VARIOUS DOCUMENTATION FOR MCKINLEY GOINS
- BABOLAT TENNIS RACKET CASE
- UNIDEN EMERGENCY TWO-WAY RADIOS BOX CONTAINING 3 AAA BATTERIES AND 3 CHARGERS
- ORANGE AND WHITE CANVAS BAG
- CAMOUFLAGE FLAK JACKET
- ONE DIGITAL SCALE MODEL BX750 AND ONE DIGIWEIGHT DIGITAL SCALE
- BOX OF EASY TOUCH U-100 INSULIN SYRINGES
- ONE WEIGHMAX DIGITAL SCALE MODEL NO: LUX-100-RED AND ONE AWS DIGITAL SCALE
- CANNON POWER SHOT SX110 DIGITAL CAMERA
- KINDLE IN BLUE CASE
- CELLULAR PHONE, BLACK IN COLOR SAMSUNG CELLULAR PHONE IMEI: 355836/05/515796/8, WITH ADDITIONAL LOOSE SIM CARD IN BATTERY AREA
- CELLULAR PHONE, BLUE IN COLOR ALCATEL CELLULAR PHONE, IMEI: 014892006650661, WITH CHARGER

- BLACK IN COLOR PORTABLE BATTERY CHARGER
- CELLULAR PHONE, BLACK IN COLOR FOXX MODEL L590A CELLULAR PHONE, IMEI: 015271001334861
- CELLULAR PHONE, BLACK IN COLOR SAMSUNG GALAXY S10 CELLULAR PHONE, IMEI: 351924108078508
- CELLULAR PHONE, BLACK IN COLOR SAMSUNG CELLULAR PHONE, IMEI: 354897066307236
- ONE PT111 PRO 9MM MAGAZINE AND ONE SMITH AND WESSON 9MM MAGAZINE
- CELLULAR PHONE, DARK BLUE IN COLOR ZTE CELLULAR PHONE, IMEI: 863461033318825
- ONE BLACK IPAD 16GB, MODEL A1397, FCC ID: BCGA 1397, MEID: A100001CB0025B, SERIAL NUMBER: DLXH130LDJHF, WITH BLACK CASE
- ONE ASUS TABLET, VERSION NO: MB168B, SERIAL NUMBER: J6LMTF062608, WITH BLACK CASE
- ONE WHITE IN COLOR KINDLE IN BLACK CASE, SERIAL NUMBER: B003A0A094250F9C
- ONE WHITE IN COLOR APPLE IPAD SERIAL NUMBER: F9F5QDN7FLMM, WITH RED CASE
- BLUE IN COLOR RCA TABLET, SERIAL NUMBER: PUFHFZ3958H6
- SILVER IN COLOR APPLE IPAD, SERIAL NUMBER: DMPT2RMJHG6R
- ONE BLACK SONY VAIO LAPTOP COMPUTER, MODEL NO: PCG-61611L, FCC ID: PPD-AR5B95, SERIAL NUMBER: 275287303003196
- ONE HUNDRED DOLLAR BILL OF SUSPECTED COUNTERFEIT CURRENCY AND ONE FIFTY DOLLAR BILL OF SUSPECTED COUNTERFEIT CURRENCY
- TWO BLACK IN COLOR DIGIWEIGH DIGITAL SCALES AND ONE BLUE IN COLOR WEIGHMAX DIGITAL SCALE
- SANDISK 8GB SD MEMORY CARD
- DOUBLE DIGITS DIGITAL SCALE

SMITH AND WESSON .40 CALIBER MAGAZINE

ONE OKAY INDUSTRIES 5.56 MAGAZINE AND ONE MFT 5.56 MAGAZINE

BLACK IN COLOR ACER LAPTOP COMPUTER, MODEL NUMBER: N17C1, SERIAL NUMBER: NHQ28AA0017180 6CDF3400, SNID: 71802787134

BLACK IN COLOR KINDLE WITH BLACK CASE